DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TEVIN SHAQUILE WILLIAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1928

_____

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Ann Fitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.


CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.